# UNITED STATES DISTRICT COURT

_____Middle_____ DISTRICT OF  Tennessee _____

UNITED STATES OF AMERICA
V.
JASON PAUL DAVIS

**CRIMINAL COMPLAINT**

Case Number:

**10 - 2113  MK**

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __December 6, 2010__ in _____Giles_____ County, in
(Date)
the _____Middle_____ District of _____Tennessee_____ defendant(s) did,

(Track Statutory Language of Offense)
by force and violence, and by intimidation, did take from the person and presence of another, to wit, employees of the CB&S Bank, located at 26314 Main Street, Ardmore, Tennessee, approximately four thousand five hundred thirty dollars, belonging to and in the care, custody, control, management, and possession of CB&S Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation

in violation of Title ___18___ United States Code, Section(s) ___2113(a)___ .

I further state that I am a(n) ___Task Force Officer, FBI VCTF___ and that this complaint is based on the
Official Title
following facts:

see attached sheet.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Eric W. Toms
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 8, 2010                                    at    Nashville, Tennessee
Date                                                       City                       State

E. CLIFTON KNOWLES        U.S. Magistrate Judge
Name of Judge             Title of Judge        Signature of Judge

## STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric W. Toms, being duly sworn, do hereby state the following:

1. I have been in law enforcement for over four (4) years. I am currently an investigator with the Maury County Sheriff's Department (MCSD) assigned to the Federal Bureau of Investigation (FBI) Violent Crime/Gang Task Force (VCGTF) in Columbia, Tennessee. I am also currently deputized as a Special Federal Officer/Special Deputy United States Marshal. One of my duties is to investigate bank robberies and related matters in violation of Title 18, United States Code, Section 2113, ("§ 2113") occurring in the Middle District of Tennessee.

2. This affidavit is submitted in support of a Criminal Complaint for the arrest of JASON PAUL DAVIS ("DAVIS")for Bank Robbery, in violation of Title 18, United States Code, Section § 2113(a). Specifically, on or about December 6, 2010, in the Middle District of Tennessee, JASON PAUL DAVIS, by force and violence and by intimidation, did unlawfully take from the person or presence of another, to wit: an employee of CB&S Bank, located at 26314 Main Street, Ardmore, Tennessee, approximately $4,530.00 in United States currency belonging to, and in the care, custody, control, management, and possession of CB&S Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC").

3. The facts contained in this affidavit are based on first-hand knowledge or information learned during this investigation from other law enforcement sources, bank employees, or witnesses related to the bank robbery investigation. This affidavit does not provide each and every detail known by your affiant regarding this investigation, but rather provides information necessary to establish probable cause for the offense. Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

4. On or about December 6, 2010, at approximately 3:08 p.m. CST, the CB&S Bank located at 26314 Main Street, Ardmore, Tennessee, was robbed by a male black. This individual shall hereafter be referred to as the robber.

5. According to information provided by CB&S Bank tellers who witnessed the crime on December 6, 2010, a lone black male entered the bank wearing a white/cream colored sweat-shirt and a tan baseball type hat. He was in his mid-20s, approximately 6'0" tall, and having a medium build.

6. The robber approached the teller area of the bank and was greeted by a female bank employee ("teller"). The robber handed the teller a handwritten demand note, green in color, which contained words to the effect, "Give me all your money don't tremble or I'll blow your head off." The teller complied by opening her drawer and began emptying the currency within. Prior to the teller including the bank bait bills, the robber stated "That's enough." The robber took the money and the demand note and left the bank. Once in the parking lot of the CB&S Bank, the robber got into a white Dodge Challenger and fled.

1

7. According to CB&S Bank officials, the accounted loss to the bank was approximately $4,530.00 in United States currency, none of which contained dye pack bait bills. CB&S did maintain a security camera that captured the robbery on surveillance tape.

8. The Ardmore Police Department put out a Be-On-the-Lookout (BOLO) for the white Dodge Challenger. An Ardmore Police Officer spotted a vehicle matching the description in the BOLO on Highway 53 near Ready Section Road in Madison County, Alabama. The officer attempted to stop the vehicle utilizing audible and visual emergency equipment. However, the driver attempted to evade the officer at high speeds. The driver of the vehicle exited while the vehicle was still in motion on May Lane and ran behind a nearby residence. The officer proceeded behind the residence in his police vehicle where he came into contact with the robber. The robber reached toward the waistband area of his pants, at which time the officer bumped the robber with his vehicle, fearing that the robber was going to produce a firearm. The robber fell to the ground dropping a white hooded sweat-shirt, a tan colored baseball type hat, and a white tennis shoe. The robber ran back toward the front of the residence, losing another white tennis shoe in the process. The white sweat-shirt and tan hat are consistent with bank surveillance images and witness accounts of the robber's clothing. Those items have been recovered as evidence.

9. The robber was eventually able to get back into the white Dodge Challenger and fled the scene. The Ardmore Police Officer lost sight of the fleeing vehicle near Thatch Road after a brief pursuit.

10. Limestone County Sheriff's deputies, who were also in the area, located vehicle parts at the entrance to a dirt road located off of Wooley Springs Road. Officers and Deputies followed tracks on the dirt road until they encountered the white Dodge Challenger occupied by the robber. The robber was ordered out of the vehicle and safely taken into custody. A Limestone County Deputy seized approximately $3,510.00 in United States currency from the robber.

11. The robber, identified as Jason Paul DAVIS, was transported to Ardmore, Alabama Police Station and interviewed by responding FBI agents, including your affiant. DAVIS was advised of his *Miranda* rights and executed a written waiver of his rights. DAVIS thereafter denied involvement in the robbery but acknowledged the Dodge Challenger belonged to him and that he had driven it all day. He further advised that he was unemployed but had obtained the money from selling drugs. During the interview, DAVIS granted agents verbal and written consent to search his vehicle. An ensuing search resulted in the recovery of approximately $1,035 in United States currency.

12. Your affiant, along with other agents, examined the recovered cash and determined that the bill denominations were consistent with the bill denominations provided by the teller and were substantially grouped by denominations (i.e. 100's, 20's, etc.).

13. Your affiant has viewed the surveillance images from the victim bank and has had the opportunity to view DAVIS and is of the opinion that DAVIS and the robber are one and the same person.

14. The aforementioned bank robbery took place in Ardmore, Giles County, located in the Middle District of Tennessee.

15. Based upon the foregoing facts, your affiant has probable cause to believe that JASON PAUL DAVIS has committed the offense of Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

Further affiant sayeth not.

_____
ERIC W. TOMS
Task Force Officer
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me this 8th day of December, 2010.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge

3